

Jarrett S. Charo – Of Counsel
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jchro@mizrahikroub.com
www.mizrahikroub.com

February 22, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022
```

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
40 Centre St.
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   *Estevez v. Apple Park, LLC*; Case No. 1:21-cv-08888- GHW

Dear Judge Woods:

We represent plaintiff Arturo Estevez ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for March 2, 2022, at 4:00 p.m. The parties request this adjournment since Defendant's answer was due on December 7, 2021, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Apple Park, LLC,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Jarrett S. Charo*
JARRETT S. CHARO

cc:   All Counsel of Record (via ECF)

---

Plaintiff's request to adjourn the initial pretrial conference is granted. The initial pretrial conference scheduled for March 2, 2022 is adjourned to April 5, 2022 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's November 1, 2021 order are due no later than March 29, 2022.

SO ORDERED.

Dated: February 22, 2022
New York, New York
                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge